UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
SEGERSTROM CENTER FOR THE ARTS, :
:
                      Plaintiff, :
: 21 Civ. 6707 (JPC)
    -v- :
: ORDER
ARDANI ARTISTS MANAGEMENT *et al.*, :
:
                    Defendants. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    The Initial Pretrial Conference currently scheduled for January 13, 2022 is adjourned *sine die*.

    SO ORDERED.

Dated: January 4, 2022
       New York, New York

                                          JOHN P. CRONAN
                                United States District Judge