UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
SEGERSTROM CENTER FOR THE ARTS,                   :
:
                       Plaintiff,           :
:         21 Civ. 6707 (JPC)
      -v-                                         :
:         ORDER
ARDANI ARTISTS MANAGEMENT *et al.*,           :
:
                       Defendants.         :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On January 6, 2022, the Clerk of Court issued a certificate of default in this case as to all three Defendants.  Dkt. 27.  On January 10, 2022, Matthew H. Herlihy, Esq. appeared for Defendant Gaiane Danilian.  Dkt. 28.  By January 14, 2022, the parties shall file a joint letter updating the Court on whether either party expects Defendants Ardani Artists Management, Inc. and Sergei Danilian to appear in this action as well.  By January 21, 2022, Defendant Gaiane Danilian shall answer or otherwise respond to the Complaint.

      SO ORDERED.

Dated: January 11, 2022
       New York, New York

                                                              JOHN P. CRONAN
                                                             United States District Judge