UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SEGERSTROM CENTER FOR THE ARTS,<br><br>Plaintiff,<br><br>vs.<br><br>ARDANI ARTISTS MANAGEMENT, INC., SERGEI DANILIAN and GAIANE DANILIAN,<br><br>Defendants. | CIVIL ACTION NO.: 1:21-cv-06707 |

**PROPOSED ORDER DISMISSING DEFENDANT
<u>GAIANE DANILIAN WITH PREJUDICE</u>**

Based upon the Plaintiff Segerstrom Center for the Arts ("Plaintiff") and Defendant Gaiane Danilian ("Gaiane") Stipulation to dismiss defendant Gaiane with prejudice;

IT IS HEREBY ORDERED THAT:

Gaiane is dismissed from this action with prejudice with each party to bear its own attorneys' fees and costs. Ardani Artists Management, Inc. and Sergei Danilian remain defendants in this action.

IT IS SO ORDERED.

Dated: June 24, 2022

_____
Hon. John P. Cronan
United States District Judge

Plaintiff shall file a status letter addressing the next steps in the case with regard to the remaining defendants by July 1, 2022.

1