```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
SEGERSTROM CENTER FOR THE ARTS,                                        :
                                                                       :
                              Plaintiff,                               :
        -v-                                                            :      21 Civ. 6707 (JPC)
                                                                       :
ARDANI ARTISTS MANAGEMENT, INC. et al.,                                :           ORDER
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

In its Memorandum of Law in Support of its Motion for Default Judgment, Plaintiff relies on New York law both to justify its entitlement to pre-judgment interest and to compute the amount of interest due. Dkt. 46 at 7. However, the contracts between Plaintiff and Defendant Ardani involved in this action each state that "[t]his Agreement shall be construed and enforced in accordance with and governed by the laws of the State of California." Dkt. 47, Ex. 1, § 34; Dkt. 47, Ex. 4, § 34; Dkt. 47, Ex. 6, § 34. At the default judgment hearing scheduled for August 17, 2022, Plaintiff's counsel shall be prepared to discuss whether California or New York law should govern an award of pre-judgment interest to Plaintiff.

SO ORDERED.

Dated: August 16, 2022  
      New York, New York  
                                                    JOHN P. CRONAN  
                                                United States District Judge