UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SEGERSTROM CENTER FOR THE ARTS,<br><br>Plaintiff,<br><br>vs.<br><br>ARDANI ARTISTS MANAGEMENT, INC., SERGEI DANILIAN and GAIANE DANILIAN,<br><br>Defendants. | CIVIL ACTION NO.: 1:21-cv-06707 |

## [~~PROPOSED~~] DEFAULT JUDGMENT

This action having commenced on August 9, 2021, and a copy of the Summons and Complaint having been served on defendants Ardani Artists Management, Inc. ("Ardani") and Sergei Danilian ("Sergei"); Ardani and Sergei having failed to answer or otherwise respond to service of the Summons and Complaint, and their time for doing so having expired; the Clerk of the Court having issued a Certificate of Default for each of Ardani and Sergei; and Plaintiff Segerstrom Center for the Arts ("Plaintiff") having moved for entry of a default judgment and related relief, it is hereby

ORDERED that:

1. Defendant Ardani, having defaulted in this action is liable to Plaintiff on Plaintiff's claims for Counts I, II, and III of the Complaint for breaches of contract in the amount of $650,000.00, together with an award of $165,436.32 for prejudgment interest for a total amount of $815,436.32.

2. Defendants Ardani and Sergei having defaulted in this action are jointly and severally liable to Plaintiff on Plaintiff's claims for Count VI of the Complaint for fraud in the amount of $650,000.00, together with an award of $115,799.85 for prejudgment interest for a total amount of $765,799.85.

Case 1:21-cv-06707-JPC   Document 56   Filed 09/07/22   Page 2 of 2

2

3. Plaintiff may not combine the judgment against Ardani for Counts I, II, and III of the Complaint with the judgment against Ardani and Sergei, jointly and severally, for Count VI of the Complaint.

4. Plaintiff shall promptly serve a copy of this Order to Ardani and Sergei through the email address approved by the Court in its November 11, 2021 Order.

Date: September 7, 2022
New York, New York

_____
The Honorable John P. Cronan
United States District Court Judge